**Order entered April 22, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00426-CV

### IN RE WILLIE OTIS HARRIS, Relator

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-25148-W**

## ORDER
Before Chief Justice Wright, Justice Lang, and Justice Brown

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs, if any, of this original proceeding.


/s/     ADA BROWN
JUSTICE